UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINICH HUMPHREY, | No. 2:26-cv-0991 CSK |
| Plaintiff, | |
| v. | ORDER |
| S. GUBARY, et al., | |
| Defendants. | |

Defendants S. Lwin and S. Gubary filed a first motion for a 21 day extension of time to file a responsive pleading. (ECF No. 14.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 14) is granted; and

2. Defendants shall file a responsive pleading on or before July 27, 2026.

Dated: July 8, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hump0991.eot

1